UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BLUE HERON BEACH RESORT
DEVELOPER, LLC a Florida limited
liability company, FRED W. SCHINZ,
JOHN T. CHAIN, JR., J. RON
ROGERS, and LES W. BURKE,**

           **Plaintiffs,**

-vs-                                    Case No. 6:09-cv-2089-Orl-19KRS

**BRANCH BANKING AND TRUST
COMPANY a North Carolina corporation,
as assignee of and successor in interest to
Colonial Bank, a dissolved Alabama
corporation,**

           **Defendant.**

_____

# ORDER

This case comes before the Court on the Motion to Strike Plaintiff's Demand for Jury Trial and Memorandum of Law in Support by Defendant Branch Banking & Trust Company (Doc. No. 25, filed Jan. 21, 2010) and Plaintiffs' Response to the Motion, in which Plaintiffs withdraw their demand for a jury trial in this case. (Doc. No. 52 at 2, filed Mar. 8, 2010.)

Accordingly, the Motion to Strike Plaintiff's Demand for Jury Trial by Defendant Branch Banking & Trust Company (Doc. No. 25) is **GRANTED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 10, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party